IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL A. TRIMUAR,

     Appellant,

v.

IMAGINATION MAGAZINES
and ERIC MUNHILL,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5949

Opinion filed June 20, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Michael A. Trimuar, pro se, Appellant.

No appearance for Appellees.

PER CURIAM.

     AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.